JOSEPH MORELLI *v.* CITY OF HARTFORD

The motion by the defendant to dismiss the appeal of the plaintiff from the Superior Court in Hartford County is granted.

*Thomas P. Heslin,* for the appellee (defendant).

*Carmen Morelli,* for the appellant (plaintiff).

Argued October 1—decided October 1, 1963

STATE OF CONNECTICUT *v.* JOHN ZALESKI

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Julius Watstein,* in support of the petition.

*Robert P. Sneideman,* prosecuting attorney, in opposition.

Submitted September 25—decided October 1, 1963

STATE OF CONNECTICUT *v.* SIDNEY GARTEL

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Lawrence B. Schwartz,* in support of the petition.

*David B. Cohen,* prosecuting attorney, in opposition.